No. 476. BLUE STAR AUTO STORES, INC. *v.* McCOMB, WAGE & HOUR ADMINISTRATOR. Certiorari denied. *Samuel E. Hirsch* and *Julian H. Levi* for petitioner. *Solicitor General Perlman, John R. Benney, William S. Tyson* and *Bessie Margolin* for respondent.

No. 478. HANSON ET AL., DOING BUSINESS AS SEVENTEEN FOR THE JUNIOR TEENS, *v.* TRIANGLE PUBLICATIONS, INC. Certiorari denied. *Howard Elliott* for petitioners. *Frank B. Murdoch* and *Samuel H. Liberman* for respondent.

No. 488. GATELY *v.* HARITON ET AL. Certiorari denied. *James P. Burns* for petitioner. *Milton Strasburger* for respondents.

No. 200, Misc. HOLLER *v.* UNITED STATES. Certiorari denied. Petitioner *pro se.* Solicitor *General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 230, Misc. BAILEY *v.* NIERSTHEIMER, WARDEN. Certiorari denied.

No. 238, Misc. BAXTER *v.* RAGEN, WARDEN. Certiorari denied.

No. 247, Misc. HAMBY *v.* RAGEN, WARDEN. Certiorari denied.

No. 267, Misc. CORDTS *v.* RAGEN, WARDEN. Certiorari denied.

No. 268, Misc. ROSS *v.* ILLINOIS. Certiorari denied.